UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

EDWARD B. KOHLER,
PATRICIA L. KOHLER,

      Appellants,

      v.                                    Case No. 11-C-0893

US BANK NATIONAL ASSOCIATION
as Trustee for Structured Asset
Investment Loan Trust Mortgage
Pass-Through Certificates Series 2006-4,
CHASE HOME FINANCE LLC,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.,

      Appellees.

---

ORDER SETTING ORAL ARGUMENT AND REQUIRING FILING OF TRANSCRIPT

Upon review of the file in this bankruptcy appeal,

IT IS ORDERED that the parties appear for oral argument on May 29, 2013, at 3:00 PM in courtroom 222 of the U.S. Courthouse at 517 E. Wisconsin Avenue, Milwaukee, Wisconsin. Each side will be allowed twenty minutes for argument.

IT IS FURTHER ORDERED that within two weeks of this order plaintiff shall file in this case a transcript of the bankruptcy court's August 9, 2011, hearing.

Dated at Milwaukee, Wisconsin, this 5th day of April, 2013.

                                                  BY THE COURT

                                                  /s/ C.N. Clevert, Jr.
                                                  C.N. CLEVERT, JR.
                                                  U.S. DISTRICT JUDGE